UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Setliff, *on behalf of*　　　　　　　　　　Case No. 3:23-cv-2255
*himself and all others similarly situated*,

　　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　　JUDGMENT ENTRY

Experian Information Solutions, Inc.,

　　　　　　Defendant.


　　For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I grant Plaintiff's motion to transfer venue to the United States District Court for the Eastern District of Wisconsin (Milwaukee Division). (Doc. No. 12).


　　So Ordered.

　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey J. Helmick
　　　　　　　　　　　　　　　　　　　　　United States District Judge